1  AARON D. FORD
    Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*

7

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11  IN RE DAINE ANTON CRAWLEY           3:24-cv-00607-MMD-CLB
    CASES                                3:23-cv-00648-CLB
12
                                         **ORDER GRANTING**
13                                       **STIPULATION AND ORDER TO**
                                         **DISMISS WITH PREJUDICE**
14

15

16
       IT IS HEREBY STIPULATED between Defendants, by and through counsel,
17
   Aaron D. Ford, Attorney General for the State of Nevada, and Douglas Rands, Senior
18
   Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and
19
   Daine Anton Crawley, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil
20
   Procedure, that the above-captioned action shall be dismissed with prejudice, with each
21
   party bearing their own attorney's fees and costs.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

                                    Page 1

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this 28th day of October 2025.

DATED this 28th day of October 2025.
AARON D. FORD
Attorney General

By:

/s/ Douglas Rands
DOUGLAS R. RANDS, (Bar No. 3572)
*Attorneys for Interested Party*

DAINE ANTON CRAWLEY
*Plaintiff, pro se*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

DATED December 29, 2025.

UNITED STATES DISTRICT JUDGE

Page 2